**Paul P. Willis, Appellant, v. Ruthrauff & Ryan, Inc., Appellee.**

**Gen. No. 47,045.**

First District, Second Division.
June 28, 1957.
Released for publication September 20, 1957.

William

H. Murphy, for appellant; Hurford, Feigenholtz & Busch, and Hirsch E. Soble (Harold L. Feigenholtz, and Hirsch E. Soble, of counsel) for defendant-appellee. Opinion by PRESIDING JUSTICE KILEY. Not to be published in full.